# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JEROME W. SMOAK, JR.,        ) | C/A # 5:11-597 DCN |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF  ) | |
| SOCIAL SECURITY ADMINISTRATION,   ) | |
| ) | |
| Defendant.        ) | |

The above referenced Social Security case is before this court upon the plaintiff's motion for attorney fees. Plaintiff filed this petition on October 5, 2012. Defendant filed a response on October 19, 2012, and agreed to pay the amount of fees requested.

Accordingly, it appears from the record and memoranda filed that the plaintiff's motion for attorney fees should be awarded in the amount of $5,130.00, along with $23.00 for costs and expenses under the Equal Access to Justice Act (EAJA).

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED**.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

November 8, 2012
Charleston, South Carolina